**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In re: ) Bankruptcy No.: 13-51088 - SLJ
FARBOD DINYARI, ) R.S. No.: DBR-1
) Hearing Date: May 28, 2013
) Time: 10:00 a.m.
Debtor(s) )
_____ )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: February 27, 2013 Chapter: 7
Prior hearings on this obligation: None Last Day to File §523/§727 Complaints: May 28, 2013

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____ Source of value: _____
Contract Balance: $_____ Pre-Petition Default: $_____
Monthly Payment: $_____ No. of months: _____
Insurance Advance: $_____ Post-Petition Default: $_____
No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): N/A

Fair market value: $_____ Source of value:_____ If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____ Pre-Petition Default: $_____
As of (date): _____ No. of months: _____
Mo. payment: $_____ Post-Petition Default: $_____
Notice of Default (date): _____ No. of months: _____
Notice of Trustee's Sale:_____ Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $ | $ | $ |

Other pertinent information: SEE ATTACHMENT

Dated: May 8, 2013

/s/ David B. Rao
David B. Rao, Attorney for Moving Party, Katayoon Farrokhzadi

## ATTACHMENT TO RELIEF FROM STAY COVER SHEET

The parties' divorce is pending. Movant, Debtor's former spouse, seeks relief from stay to proceed in Santa Clara County Family Superior Court to adjudicate and enforce all remaining issues in the divorce case, including but not limited to: (1) child and spousal support, (2) contempt and sanctions, (3) all issues relating to the allocation and payment of attorneys' fees and costs in the divorce case, (4) confirmation and division of the parties' separate and community property, (5) discovery and valuation of the parties' community property, (6) confirmation of the parties' separate and community debts, (7) hold harmless and indemnity orders concerning the parties' separate and community debts, (8) orders that the Debtor be directly responsible for the payment of certain debts, (9) claims related to breach of fiduciary duty by the Debtor and the joinder of any parties, and (10) ordering the Debtor to re-execute the quit claim deed to Movant's home located at 16362 Hilow Road, Los Gatos, California, in order that it may be recorded.

Farrokhzdai/plead/RFS-CoverSheet.Attchmt